# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: REGLAN/METOCLOPRAMIDE LITIGATION

PETITION OF: TEVA PHARMACEUTICALS USA, INC., ET AL.

: No. 575 EAL 2013
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.

Petitioners' Applications for Leave to file Supplemental Authority and Petitioners' Application for Leave to file Reply are **DENIED**.

Mr. Justice Stevens did not participate in the decision or consideration of this matter.